**CAPITAL PROMOTIONS,
LLC, Appellant,**

v.

**DON KING PRODUCTIONS, INC.;
Don King, Appellees.**

No. 07–3201.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 2, 2009.

Filed: Feb. 4, 2009.

Joseph Gilbert Bertogli, Kenneth R. Munro, Munro Law Office, Des Moines, IA, for Appellant.

Mari Culver, Duncan & Green, Des Moines, IA, Merkys I. Gomez, James A. Morsch, Gerald G. Saltarelli, Butler & Rubin, Chicago, IL, for Appellees.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Capital Promotions, LLC appeals the district court's[1] order denying its motion under Federal Rule of Civil Procedure 60(b). We agree with the reasons stated in the district court's order and conclude that the district court did not abuse its discretion. *See Noah v. Bond Cold Storage,* 408 F.3d 1043, 1045 (8th Cir.2005)

(per curiam) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.